IT IS SO ORDERED.

Dated: 18 July, 2018 11:52 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-12621 (CHAPTER 13) |
| | ) | |
| JOEL AND CONSTANCE COTTON, | ) | JUDGE JESSICA E. PRICE SMITH |
| | ) | |
| Debtors. | ) | **ORDER GRANTING MOTION TO AVOID** |
| | ) | **MORTGAGE LIEN** |

This matter came before the Court on the Motion to Avoid Mortgage Lien(s) filed by Debtors Joel and Constance Cotton, Docket #26. Movant has alleged that good cause for granting the motion exists and that Partners for Payment Relief DE IV, LLC (the mortgage lien holder), the Chapter 13 Trustee, and all other necessary parties were served with the motion and with notice of the deadline to oppose the motion. No party filed a response or otherwise appeared in opposition to the motion, or all responses have been withdrawn or overruled. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the mortgage lien of Partners for Payment Relief DE

IV, LLC under that certain Mortgage in the original principal amount of $35,000.00 filed of record with the Lorain County Recorder's Office on October 4, 2006 is avoided, subject to the debtors successfully completing the Chapter 13 plan confirmed in this case.

IT IS FURTHER ORDERED that the filing of a certified copy of this order and a certified copy of an order that Debtors have completed their confirmed Chapter 13 plan with the appropriate state or county office, together with the payment of any fees due, shall act as a release and satisfaction of the mortgage lien identified above.

Order submitted by:

*/s/ Jeffrey H. Weir II*
Jeffrey H. Weir II (OBN 0067470)
6145 Park Square Drive, Unit 1 – Box 2
Lorain, Ohio 44053
Telephone: (440) 988-9013
Fax:   (440) 334-1936
Email:  jeffreyweirlaw@gmail.com

ATTORNEY FOR DEBTORS

## SERVICE LIST

| | |
|---|---|
| LeAnn E. Covey | bknotice@clunkhoose.com |
| Lauren A. Helbling | ch13trustee@ch13cleve.com, |
| | lhelbling13@ecf.epiqsystems.com |
| United States Trustee | (Registered address)@usdoj.gov |
| Jeffrey H. Weir II | jeffreyweirlaw@gmail.com |

Partners for Payment Relief DE IV, LLC
c/o Registered Ohio Statutory Agent, Inc.
2644 Kull Road
Lancaster, OH 43130

####