# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
   on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period June 01, 2020 through May 31, 2021

Case No: 18-12621-jps

Filed: May 01, 2018

Debtor: JOEL COTTON
374 SOUTH LAKE STREET

AMHERST, OH  44001

Joint Debtor: CONSTANCE COTTON
374 SOUTH LAKE STREET

AMHERST, OH  44001

Attorney: WILLIAM J BALENA
(440) 759-0368

Required Plan Payment:   $222.09 MONTHLY

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 8,012.09 |
| Disbursements: | | |
| Principal | 4,899.85 | |
| Interest | 0.00 | |
| Attorney Fee | 2,600.00 | |
| Trustee Fee | 504.60 | |
| | | 8,004.45 |
| Funds on Hand: | | 7.64 |
| | | 8,012.09 |



CASE NO: 18-12621-jps  
DEBTOR: JOEL L COTTON   JOINT DEBTOR: CONSTANCE L COTTON

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jun 10, 2020 | 102.50 | Jun 26, 2020 | 102.50 | Jul 10, 2020 | 102.50 | Jul 27, 2020 | 102.50 | Aug 05, 2020 | 102.50 |
| Aug 18, 2020 | 102.50 | Sep 01, 2020 | 102.50 | Sep 17, 2020 | 102.50 | Sep 29, 2020 | 102.50 | Oct 13, 2020 | 102.50 |
| Oct 29, 2020 | 102.50 | Nov 10, 2020 | 102.50 | Nov 30, 2020 | 102.50 | Dec 10, 2020 | 102.50 | Jan 07, 2021 | 102.50 |
| Jan 12, 2021 | 102.50 | Jan 22, 2021 | 102.50 | Feb 04, 2021 | 102.50 | Mar 18, 2021 | 102.50 | Mar 23, 2021 | 102.50 |
| Mar 30, 2021 | 102.50 | Apr 19, 2021 | 102.50 | Apr 29, 2021 | 102.50 | May 12, 2021 | 102.50 | May 25, 2021 | 102.50 |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 003 | RELIANT LOAN SERVICING LLC | 7722 | Unsecured | 1,362.04 | .00 |
| 003NA | RELIANT LOAN SERVICING LLC | | Unsecured | .00 | .00 |
| 003NA1 | PARTNERS FOR PAYMENT RELIEF | | Unsecured | .00 | .00 |
| 004 | ONEMAIN FINANCIAL OF OHIO INC | 9780 | Unsecured | 480.21 | .00 |
| 005A | FIFTH THIRD BANK | 5626 | Secured | .00 | .00 |
| 005NA | FIFTH THIRD MORTGAGE CO | | Unsecured | .00 | .00 |
| 005NA1 | LEANN E COVEY ESQ | | Unsecured | .00 | .00 |
| 006 | MIDLAND FUNDING LLC | 5879 | Unsecured | 394.28 | .00 |
| 007 | QUANTUM3 GROUP LLC | 1969 | Unsecured | 132.54 | .00 |
| 007NA | COMENITY BANK | | Unsecured | .00 | .00 |
| 008 | QUANTUM3 GROUP LLC | 0968 | Unsecured | 10.45 | .00 |
| 009 | QUANTUM3 GROUP LLC | 2767 | Unsecured | .00 | .00 |
| 0L1 | JEFFREY H WEIR II | | Attorney Fees | .00 | .00 |
| 799 | WILLIAM J BALENA | | Attorney Fees | .00 | .00 |
| | NORTH AMERICAN | 9406 | Unsecured | .00 | .00 |
| | ANGELA D KIRK | | Unsecured | .00 | .00 |
| | CBNA | 4456 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 2,379.52 | .00 |